**EXHIBIT 17**



```
Doc ID:    006954760001 Type: ASGN
Recorded: 05/31/2016 at 02:20:00 PM
Fee Amt: $7.00 Page 1 of 1
Floyd County Superior Court
Barbara H. Penson Clerk

BK 2466 PG 905
```

PREPARED BY AND
RETURN TO:
M. E. Wileman
2860 Exchange Blvd. # 100
Southlake, TX 76092

## Assignment of Security Deed

Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, MOUNTAINVIEW MORTGAGE OPPORTUNITIES FUND III TRUST I 999 18th Street, Suite 1001, Denver, CO 80202 (Assignor) by these presents does assign and set over, without recourse, to WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR MVMF III, TRUST B  500 Delaware Avenue, 11th Floor, Wilmington, DE 19801 (Assignee) the described security deed with all interest, all liens, any rights due or to become due thereon, executed by STEPHEN H BREWSTER, & BONNIE BREWSTER to CITIZENS FIRST BANK.  Said security deed Dated: 4/29/2005 is recorded in the State of GA, County of Floyd on 5/2/2005, Book 1937 Page 0894 AMOUNT: $ 737,180.00   Property Address: 14 BELLE DR SW, ROME, GEORGIA 30165
IN WITNESS WHEREOF, the undersigned corporation has caused this instrument to be executed as a sealed instrument by its proper officer. Executed on: 4/29/16
MOUNTAINVIEW MORTGAGE OPPORTUNITIES FUND III TRUST I
By: MountainView Management Company, LLC Its: Administrator

By: _____
Teresa M. Stanford, Vice President

BREWSTER   DBD *10075367*

Signed, sealed and delivered this 4/29/16 in the presence of:

Witness: JAUNFAJ DAVID

State of COLORADO
County of DENVER
Date Notarized: 4/29/16

HEATHER LYN DOYLE HAXBY
Notary public, State of COLORADO
My commission expires: 8/19/19

HEATHER LYN DOYLE HAXBY
NOTARY PUBLIC - STATE OF COLORADO
My Identification # 20154032748
Expires August 19, 2019

GA Floyd

50440
MTNVIEW/ASSIGN