**EXHIBIT 18**





**STATEBRIDGE**

5680 Greenwood Plaza Blvd, Suite 100 S
Greenwood Village, CO 80111

June 08, 2016

27

STEPHEN H BREWSTER
BONNIE BREWSTER
14 BELLE MEADE DRIVE SW
ROME, GA 30165

Loan Number: 0000029220
Property Address: 14 BELLE MEADE DRIVE SW, ROME, GA 30165
Unpaid Principle Balance: $574,738.93

Dear STEPHEN H BREWSTER and BONNIE BREWSTER,

I'd like to welcome you to Statebridge Company, your new mortgage servicer. At Statebridge, we understand the importance of home ownership and we are dedicated to making sure you receive the individual attention and debt management assistance you deserve. The current creditor of your loan is Mountain View Mortgage Opportunities Fund III Tr.

I have been assigned to be your Servicing Specialist and will be your main point of contact. I understand today's mortgage market and care about you and your home.

Below are the items included in this welcome packet as well as a brief description of each item.

**Loss Mitigation Information:** If you are in default please review this letter carefully and contact your Servicing Specialist as soon as possible to determine if there is a loss mitigation option that will work for you. If you are not in default, please retain this letter for future reference.

**ACH Enrollment Form:** This form offers you the ability to directly debit a checking or savings account to make your monthly mortgage payment. Once set up, your payment will be automatically drafted each month which will help you avoid the time and hassle of mailing your payment each month and avoid any late fees caused by mail delays.

**3rd Party Authorization Form:** This form allows you to authorize Statebridge to speak to a 3rd party regarding your loan.

**Authorization for Electronic Communication Form:** We understand that many of our customers are using the internet and e-mail to conduct their personal business. Electronic communication reduces paper waste and telephone expenses and is oftentimes more convenient. If you would like to communicate with Statebridge and receive information regarding your loan through e-mail, please complete the attached authorization form.

**Privacy Statement:** This statement describes our privacy policy in accordance with the Gramm Leach Bliley Act.

We look forward to providing you with the service and care you expect and deserve from your mortgage servicer. If you have any questions, please do not hesitate to contact me, or visit our website at **www.statebridgecompany.com**.

Sincerely,
Statebridge Company, LLC
5680 Greenwood Plaza Blvd, Suite 100 S
Greenwood Village, CO 80111
866-HOME360 or (866) 466-3360

Statebridge Company, LLC is a debt collector and is attempting to collect a debt. Any information obtained may be used for that purpose. If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property.

Statebridge Company, LLC    5680 Greenwood Plaza Blvd. Ste 100 S   Greenwood Village, CO 80111    www.statebridgecompany.com    866.466.3360

**STATEBRIDGE.**

June 17, 2016

STEPHEN H BREWSTER
14 BELLE MEADE DRIVE SW
ROME, GA 30165

NOTICE OF INTENT TO ACCELERATE - LOAN 0000029220

Dear STEPHEN H BREWSTER,

This letter shall serve as notice to you, prior to acceleration, of, among other things: a) the default of your Promissory Note; (b) the action required to cure the default; (c) when the default must be cured, and (d) that failure to cure the default on or before the date specified may result in acceleration of the sums secured by the Security Instrument, foreclosure by judicial proceeding and sale of the property. You are further informed that you have the right to reinstate after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense you may have to acceleration and foreclosure.

**Notice of Default**

Please note that your Promissory Note ("Note") and Security Instrument are in default because you failed to pay the 1/1/2016 payment and the payment(s) due thereafter.

**Action Required to Cure**

You are hereby notified that you must pay the full amount due to reinstate this loan. The total amount due to reinstate the loan as of the date of this letter is $20,028.25. Please include your loan number and property address with your payment and send to:

Statebridge Company, LLC
5680 Greenwood Plaza Blvd
Suite 100 S
Greenwood Village, CO 80111

This letter is in no way intended as a payoff statement for your loan, it merely states the amount necessary to cure the current delinquency. Please note that your obligations will continue as set forth in the Note and Security Instrument even if you cure the default set forth above. Any amounts accruing subsequent to the date of this letter, including your next monthly installment of $3,257.46, which is due on 7/1/2016, will be included in a subsequent statement(s). You should timely pay these amounts in order to avoid a subsequent default. Please disregard this notice if a payment sufficient to cure the default has already been sent.

**When Default Must be Cured**

You have 35 days from the date of this letter, or until 7/22/2016, to pay $20,028.25.

**Failure to Cure May Result in Acceleration, Foreclosure, and Sale**

If the default is not cured on or before 7/22/2016, Lender at its option may require immediate payment in full of all sums secured by the Security Instrument without further demand and may foreclose the Security Instrument by judicial proceeding. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in paragraph 22 of the Security Instrument, including, but not limited to, reasonable attorneys' fees and costs of title evidence.

Statebridge Company, LLC is a debt collector and is attempting to collect a debt. Any information obtained may be used for that purpose. If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property.

Statebridge Company, LLC    5680 Greenwood Plaza Blvd, Suite 100 S    Greenwood Village, CO 80111    www.statebridgecompany.com    866.466.3360



You may be eligible for homeownership counseling. Please contact the HUD toll free number (800-569-4287) to obtain a list of HUD approved nonprofit organizations serving your residential area.

It is the policy of the Lender of your loan to: 1) report this default, and all foreclosures to the major credit bureaus; and 2) file suit to seek deficiency judgments against borrowers when, as a result of a foreclosure, a deficiency under the laws of the applicable State is established. Foreclosures may have an effect on your taxable income and income tax liability so you may want to consult your accountant regarding consequences. In addition, you may also be liable for reasonable attorney fees and costs incurred in connection with any proceedings on the Note and Security Instrument, and such other costs as the court may allow.

Please be advised that our property inspection company will be making periodic inspections to verify the condition of the subject property in accordance with the terms of the Security Instrument to secure the debt. Your property represents a valuable investment on your part. We urge you to protect this investment by promptly bringing the loan to a current status.

IF YOU HAVE RECEIVED A DISCHARGE OF THE ABOVE-REFERENCED DEBT IN A BANKRUPTCY PROCEEDING, THIS LETTER IS NOT AN ATTEMPT TO IMPOSE PERSONAL LIABILITY UPON YOU FOR PAYMENT OF THAT DEBT AND ANY ACTION TO ENFORCE THAT DEBT WILL BE TAKEN AGAINST THE PROPERTY ONLY. THIS NOTICE IS PROVIDED IN ACCORDANCE WITH THE SECURITY INSTRUMENT AND APPLICABLE STATE LAW.

You may have options available to help you avoid foreclosure; please contact your Servicing Specialist, A. Ocana, at 1-866-466-3360 between Monday – Thursday 8:00 AM to 9:00 PM, Friday 8:00 AM to 7:00 PM and Saturday 9:00 AM to 1:00 PM CT or visit www.statebridgecompany.com to see what other options are available to you.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last 12 months, AND joined after signing the Note and Security Instrument now in default, please notify Statebridge Company, LLC immediately. When contacting Statebridge Company, LLC as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (www.legalassistance.law.af.mil), and through HUD-certified housing counselors (www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at (866) 466-3360 if you have questions about your rights under SCRA.

Statebridge Company, LLC

Statebridge Company, LLC is a debt collector and is attempting to collect a debt. Any information obtained may be used for that purpose. If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property.

Statebridge Company, LLC    5680 Greenwood Plaza Blvd, Suite 100 S   Greenwood Village, CO 80111    www.statebridgecompany.com    866.466.3360




5680 Greenwood Plaza Blvd
Suite 100 S
Greenwood Village, CO 80111

# Mortgage Statement

Statement Date: 6/27/2016

| Account Number | 0000029220 |
|---|---|
| Payment Due Date | 7/1/2016 |
| **Amount Due** | **$23,285.71** |

*If payment is received after 7/16/16, $0.00 late fee will be charged.*

00054
STEPHEN H BREWSTER
BONNIE BREWSTER
14 BELLE MEADE DRIVE SW
ROME        GA  30165

Property Address:
14 BELLE MEADE DRIVE SW
ROME GA 30165

Customer Service: (866) 466-3360
info@statebridgecompany.com

### Account Information

| | |
|---|---|
| Outstanding Principal | $574,738.93 |
| Interest Rate (Until May, 2017) | 3.00% |
| Prepayment Penalty | No |
| Last Paid Installment | 12/1/2015 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,848.09 |
| Interest | $1,409.37 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Monthly Payment | $3,257.46 |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $20,028.25 |
| **Total Amount Due** | **$23,285.71** |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $1,816.07 | $1,816.07 |
| Interest | $1,441.39 | $1,441.39 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $106.35 | $2,145.45 |
| Total | $3,363.81 | $5,402.91 |

### Important Messages

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

### Transaction Activity (5/27/2016 to 6/24/2016)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 5/27/2016 | Regular Payment - (Due 12/1/2015) | | $3,257.46 |
| 5/27/2016 | Partial Payment Unapplied* | | $106.35 |

### Additional Information

| Date | Description | Amount |
|---|---|---|
| 6/24/2016 | Escrow Balance | ($3,807.05) |

**STATEBRIDGE**

7/1/16                                          Tracking Number: 91 7199 9991 7036 9450 1951

Stephen H Brewster
14 Belle Meade Dr. SW
Rome, GA 30165

Account Number: 29220

**Notice of Returned Payment**

Your check number 9018 dated 6/14/16 in the amount of $3363.81 and check number 9020 dated 6/16/16 in the amount of $1019.55 is being returned as it fails to bring account current.

Please contact your Servicing Specialist Angelique Ocana, at the number below as soon as possible to obtain the amount needed to bring your loan current, or to make arrangements.

Please contact Statebridge Company at the number below with any questions.

Your prompt attention to this matter is appreciated.

Statebridge Company, LLC
5680 Greenwood Plaza Blvd. Suite 100 S
Greenwood Village, CO 80111
Toll free number: (866) 466-3360
Phone number: (720) 931-6220

**PLEASE BE ADVISED THAT STATEBRIDGE COMPANY IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION PROVIDED BY YOU WILL BE USED FOR THAT PURPOSE.**

Statebridge Company, LLC is a debt collector and is attempting to collect a debt. Any information obtained may be used for that purpose. If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property. NC License #: XXXXXXX

Statebridge Company, LLC    5680 Greenwood Plaza Blvd. Suite 100S Greenwood Village, CO. 80111    www.statebridgecompany.com    866-466-3360

**THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK**

Post to Account: 44559     $1019.55     06/09/2016

STEPHEN H BREWSTER
14 BELLE MEADE DR SW
ROME, GA 30165

RIVER CITY BANK
ROME, GA

64-2077/611    9020

29220    *Return - Post Aug*    June 9, 2016

PAY One Thousand Nineteen and 55/100 Dollars

TO THE ORDER OF:    $ ********1019.55

000004140 01 AB   0.396   4 1 99/266   FL6500004140 FEPP1060916094427N00 5/7   7003548139

VOID 90 DAYS AFTER ISSUE
PAYELECTRONIC.COM

#CSP010009B560B2# 58634986
STATEBRIDGE COMPANY LLC
PO BOX 5990
DENVER CO 80217-5990

SIGNATURE ON FILE
This check has been authorized by your depositor.

Memo:

⑨020⑨    ⑰770:    824⑨

---

**THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK**

Post to Account: 44559     $3363.81     06/07/2016

STEPHEN H BREWSTER
14 BELLE MEADE DR SW
ROME, GA 30165

29220    RIVER CITY BANK
ROME, GA

64-2077/611    9018

*Post Aug - Return*    June 7, 2016

PAY Three Thousand Three Hundred Sixty Three and 81/100 Dollars

TO THE ORDER OF:    $ ********3363.81

000011594 01 AT   0.396   31 0 67/190   FL5600011594 FEPP1060716105705N00 2/5   6999382453

VOID 90 DAYS AFTER ISSUE
PAYELECTRONIC.COM

#CSP010009B560B2# 58634986
STATEBRIDGE COMPANY LLC
PO BOX 5990
DENVER CO 80217-5990

SIGNATURE ON FILE
This check has been authorized by your depositor.

Memo: 44559

⑨018⑨    ⑰770:    824⑨