**EXHIBIT 21**

**STATEBRIDGE**

August 31, 2016

<u>*VIA CERTIFIED US MAIL*</u>

Jones & Walden, LLC
Attention: William D. Matthews
21 Eighth Street NE
Atlanta, GA 30309

Statebridge Company, LLC, is a mortgage loan servicer and a portion of our business involves the collection of debts. However, please be advised that this is not a communication in connection with the collection of a debt. Rather, it is an informational communication in response to your request.

# STATEBRIDGE

August 31, 2016

*VIA CERTIFIED US MAIL*

Jones & Walden, LLC
Attention: William D. Matthews
21 Eighth Street NE
Atlanta, GA 30309

**RE:**     **Loan No.: 0000029220**
**Borrower: Stephen H. Brewster and Bonnie Brewster**
**Property Address: 14 Belle Meade Drive SW, Rome, GA 30165**

Dear Mr. Matthews,

This correspondence is in response to your Qualified Written Request dated July 14, and 29, 2016 and received by Statebridge Company, LLC ("Statebridge") on July 14, 19, and 29, 2016 regarding the aforementioned loan.

The above mentioned loan number was service transferred to Statebridge on May 9, 2016, from BSI Financial Services Inc. At the time of the service transfer the account did not reflect bankruptcy information and therefore, was not treated as such. Once we received your correspondence and verified the bankruptcy information we updated the account accordingly.

During our review of the account and the bankruptcy plan we determined that the prior servicer filed an arrears claim for $30,865.82 but due to the objection by you and your clients to that claim, there was an order entered reducing this pre-petition delinquency to $15,205.81. Per the order your clients were to repay the $15,205.81 in fourteen equal installments of $1,019.55 starting December 20, 2014 and a fifteenth and final payment of $932.11.

Based on our payment reconciliation your clients actually made all fifteen payments at $1,019.55. Therefore, the pre-petition arrears are considered to be cured; there is currently $2,358.15 in an unapplied account based on the additional funds received which will be applied to the unpaid principal balance as this is our understanding of your client's intention. At this time all monthly post- petition payments have been made with exception of check we returned when were not aware of the bankruptcy. We are currently requesting your clients return check #9018 in the amount of $3,363.81; this will make the account due for the September 1, 2016 monthly mortgage payment.

Statebridge Company, LLC, is a mortgage loan servicer and a portion of our business involves the collection of debts. However, please be advised that this is not a communication in connection with the collection of a debt. Rather, it is an informational communication in response to your request.



Furthermore, we have waived fees and advances totaling $6,776.73. The breakdown is as follows, late charges in the amount of $1,759.68, escrow advances in the amount of $3,807.05, and miscellaneous fees in the amount of $1,210.00.

Statebridge has validated there to be no negative reporting to your client's credit reporting regarding the aforementioned loan number.

Based on the above information the account is not considered in default at this time. Please accept our apology for the inconvenience this matter may have caused your clients.

Lastly, during our review of the account it was identified we do not have record of your client's current homeowner's insurance policy. Please request your clients to provide their current policy so that we may update our records to ensure there is not a need for a forced placed policy to be added to the account. This information may be faxed to 248-878-2432 or mailed to the address below:

Proctor Financial, Inc.
PO Box 7000
Troy, MI 48007-7000

If you and/or your clients should happen to have any further questions or concerns, please contact us at (866) 466-3360, Monday thru Thursday 7:00 am to 8:00 pm mst., Friday 7:00 am to 6:00 pm mst., and Saturday 8:00 am to 12:00 pm mst.

Sincerely,

Deana
Borrower Correspondence Team

Statebridge Company, LLC is a debt collector and is attempting to collect a debt. Any information obtained may be used for that purpose. If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property.