**EXHIBIT 23**

## JONES & WALDEN, LLC
ATTORNEYS AT LAW

21 EIGHTH STREET NE
ATLANTA, GEORGIA 30309
TELEPHONE (404) 564-9300
FACSIMILE (404) 564-9301
INTERNET www.joneswalden.com

April 24, 2017

Via Federal Express & Facsimile
Kevin Kanouff, CEO
Statebridge Company, LLC
5680 Greenwood Plaza Blvd., Suite 100 S
Greenwood Village, CO  80111
Fax: 303-290-7516

    Re:    Stephen H. Brewster ("Borrower"), Loan # 0000029220
            Address 14 Belle Meade Drive SW, Rome, GA 30165
            Stephen H. Brewster, Chapter 11, Case No. 14-40039-PWB (the "Chapter 11 Bankruptcy"),
            United States Bankruptcy Court, Northern District of Georgia, Rome Division ("Bankruptcy
            Court")

Dear Mr. Kanouff

      I represent the above referenced Borrower who was previously a Debtor in the above referenced Chapter 11 Bankruptcy. On June 20, 2014, the Bankruptcy Court confirmed Borrower's Plan of Reorganization (the "Plan") by entry of a Confirmation Order which provides for payments on the above referenced Loan. Borrower has timely made all payments since the plan was confirmed and has NOT been late. Despite Borrower's compliance with the confirmed Plan and Confirmation Order, Statebridge Company, LLC ("Statebridge") has continuously refused payments, erroneously reported late payments to credit reporting agencies, and generally disregarded the Confirmation Order and its injunction against such actions.

      **Most recently, Statebridge refused to accept Borrower's April 2017 payment and returned the $3,363.81 payment. There is no justifiable reason for this refusal, and such refusal violates the Plan's injunction made effective by the Confirmation Order. Additionally, Statebridge continues to negatively and erroneously report Borrower's Loan as late when it is and has been current for years, which is additionally a violation of the Plan injunction and the Fair Credit Reporting Act. These violations are willful as my firm has previously notified Statebridge of these violations, which Statebridge has refused to correct and cease.**

      Last year, Statebridge erroneously claimed Borrower had failed to cure a pre-Bankruptcy claimed arrearage, despite the fact that such had been paid in full. Moreover, at that time my office notified Statebridge that any continued negative reporting to credit reporting agencies or failure to abide by the Plan and Confirmation Order were in violation of the Plan's injunction made effective by the Confirmation Order.

      Since all payments required by the Bankruptcy Court's orders were timely made, please confirm that Statebridge has corrected any information supplied to credit reporting agencies and that

Statebridge Company, LLC
April 24, 2017
Page 2

Statebridge has informed all credit reporting agencies that Borrower has not be late in payments for the entire calendar year of 2015, 2016 and 2017. Specifically, Statebridge has been erroneously reporting that Borrower was not timely paying as agreed, despite the fact that he is in fact timely paying as agreed. Please report to all reporting agencies that the prior reporting was erroneous and correct the same.

Please provide confirmation that Statebridge will honor the Plan from this point forward, including without limitation accepting Borrower's payments, correctly applying the same, waive any asserted fees regarding the refused April 2017 payment, correct the past erroneous credit reporting, and correctly report Borrower's Loan status going forward. **Provide confirmation of such including of the correction within 10 days of this letter via email, fax or regular mail to Leslie Pineyro at lpineyro@joneswalden.com, 404-564-9301 (fax) or the address in the above heading.**

**Any further failure or refusal to honor the Plan and Confirmation Order will be considered willful and met with an action for contempt for violation of the Confirmation Order or other appropriate action, including seeking attorney fees and damages**.

Please advise if you have any questions.

Sincerely,
JONES & WALDEN, LLC

Leslie M. Pineyro

LMP/ar
cc: Stephen H. Brewster