**EXHIBIT 25**

From: <pm.escalation@fisglobal.com>
Date: May 17, 2017 at 8:50:02 PM EDT
To: <SBREWSTER@BAGBYTRANSFER.COM>
Subject: **Important Information Regarding Your RIVER CITY BANK Bill Payment**

May 17, 2017

Dear STEPHEN BREWSTER,

We tried to process your payment to STATEBRIDGE COMPANY LLC for $3,363.81 on 05/11/2017, but it was returned to our processing center due to the payee's refusal to accept the payment. The payment will be credited back to your funding account. Please allow 2 to 3 business days for the refund to post to your account.

If you have any questions regarding this return, please work directly with your payee. You may need to update your payee information before scheduling a new payment. If you need assistance updating your payee information in the bill payment system, please contact the bill payment support area of your online banking organization.

Sincerely,

Electronic Bill Payment Support

1

From: <pm.escalation@fisglobal.com>
Date: June 15, 2017 at 8:44:18 PM EDT
To: <SBREWSTER@BAGBYTRANSFER.COM>
Subject: Important Information Regarding Your RIVER CITY BANK Bill Payment

June 15, 2017

Dear STEPHEN BREWSTER,

We tried to process your payment to STATEBRIDGE COMPANY LLC for $3,363.81 on 06/09/2017, but it was returned to our processing center due to the payee's refusal to accept the payment. The payment will be credited back to your funding account. Please allow 2 to 3 business days for the refund to post to your account.

If you have any questions regarding this return, please work directly with your payee. You may need to update your payee information before scheduling a new payment. If you need assistance updating your payee information in the bill payment system, please contact the bill payment support area of your online banking organization.

Sincerely,

Electronic Bill Payment Support

1

From: <pm.escalation@fisglobal.com>
Date: July 17, 2017 at 8:48:31 PM EDT
To: <SBREWSTER@BAGBYTRANSFER.COM>
Subject: Important Information Regarding Your RIVER CITY BANK Bill Payment

July 17, 2017

Dear STEPHEN BREWSTER,

We tried to process your payment to STATEBRIDGE COMPANY LLC for $3,363.81 on 07/11/2017, but it was returned to our processing center due to the payee's refusal to accept the payment. The payment will be credited back to your funding account. Please allow 2 to 3 business days for the refund to post to your account.

If you have any questions regarding this return, please work directly with your payee. You may need to update your payee information before scheduling a new payment. If you need assistance updating your payee information in the bill payment system, please contact the bill payment support area of your online banking organization.

Sincerely,

Electronic Bill Payment Support

1

From: <pm.escalation@fisglobal.com>
Date: August 16, 2017 at 8:24:02 PM EDT
To: <SBREWSTER@BAGBYTRANSFER.COM>
**Subject: Important Information Regarding Your RIVER CITY BANK Bill Payment**

August 16, 2017

Dear STEPHEN BREWSTER,

We tried to process your payment to STATEBRIDGE COMPANY LLC for $3,363.81 on 08/10/2017, but it was returned to our processing center due to the payee's refusal to accept the payment. The payment will be credited back to your funding account. Please allow 2 to 3 business days for the refund to post to your account.

If you have any questions regarding this return, please work directly with your payee. You may need to update your payee information before scheduling a new payment. If you need assistance updating your payee information in the bill payment system, please contact the bill payment support area of your online banking organization.

Sincerely,

Electronic Bill Payment Support

1

**From:** <pm.escalation@fisglobal.com>
**Date:** August 16, 2017 at 8:24:02 PM EDT
**To:** <SBREWSTER@BAGBYTRANSFER.COM>
**Subject: Important Information Regarding Your RIVER CITY BANK Bill Payment**

August 16, 2017

Dear STEPHEN BREWSTER,

We tried to process your payment to STATEBRIDGE COMPANY LLC for $3,363.81 on 08/10/2017, but it was returned to our processing center due to the payee's refusal to accept the payment. The payment will be credited back to your funding account. Please allow 2 to 3 business days for the refund to post to your account.

If you have any questions regarding this return, please work directly with your payee. You may need to update your payee information before scheduling a new payment. If you need assistance updating your payee information in the bill payment system, please contact the bill payment support area of your online banking organization.

Sincerely,

Electronic Bill Payment Support

1

8/21/2017   https://bp.ezbills.com/csp/CSPServlet/ViewReport?eventName=PrintReportRSEvent&sortKey=date&sortType=false&reportId=0&reportType=1&mpaId=205463498&personalNotes=0&reportTitle=...

[ Print this report ]

## Statebridge Company LLC, *4559

| Deliver By Date | Amount | Status/Confirmation | Paid From |
|---|---|---|---|
| 09/12/2017 | $ 3,363.81 | Scheduled 5BK9SOVH | Fee Free Checking-0824 , * 0824 Electronic |
| 08/11/2017 | $ 3,363.81 | Canceled NBV97VCV | Fee Free Checking-0824 , * 0824 |
| 07/12/2017 | $ 3,363.81 | Canceled OBK9QVPE | Fee Free Checking-0824 , * 0824 |
| 06/12/2017 | $ 3,363.81 | Canceled GBH98N7W | Fee Free Checking-0824 , * 0824 |
| 05/12/2017 | $ 3,363.81 | Canceled VB79INKD | Fee Free Checking-0824 , * 0824 |
| 04/12/2017 | $ 3,363.81 | Canceled YBI97WRY | Fee Free Checking-0824 , * 0824 |
| 03/10/2017 | $ 3,363.81 | Completed 7B396WMA | Fee Free Checking-0824 , * 0824 Check  9036 |
| 02/10/2017 | $ 3,363.81 | Completed 8BU9WMNI | Fee Free Checking-0824 , * 0824 Check  9035 |
| 01/12/2017 | $ 3,363.81 | Completed DB79DXRS | Fee Free Checking-0824 , * 0824 Check  9033 |
| 12/12/2016 | $ 3,363.81 | Completed | Fee Free Checking-0824 , * 0824 |

https://bp.ezbills.com/csp/CSPServlet/ViewReport?eventName=PrintReportRSEvent&sortKey=date&sortType=false&reportId=0&reportType=1&mpaId=205463498&personalNotes=0&reportTitle=Statebr...    1/2

8/21/2017    https://bp.ezbills.com/csp/CSPServlet/ViewReport?eventName=PrintReportRSEvent&sortKey=date&sortType=false&reportId=0&reportType=1&mpaId=205463498&personalNotes=0&reportTitle=...

| Date | Amount | Status / ID | Account / Check |
|---|---|---|---|
| | | PBA9WX1H | Check  9030 |
| 11/10/2016 | $ 3,363.81 | Completed<br>4BE93LWJ | Fee Free Checking-0824 , * 0824<br>Check  9026 |
| 10/12/2016 | $ 3,363.81 | Completed<br>KB896YTP | Fee Free Checking-0824 , * 0824<br>Check  9025 |
| 09/12/2016 | $ 3,363.81 | Completed<br>IB49EYT6 | Fee Free Checking-0824 , * 0824<br>Check  9024 |
| 08/12/2016 | $ 3,363.81 | Completed<br>WBS9MKRU | Fee Free Checking-0824 , * 0824<br>Check  9023 |
| 07/12/2016 | $ 3,363.81 | Completed<br>QBS98KK5 | Fee Free Checking-0824 , * 0824<br>Check  9021 |
| 06/14/2016 | $ 1,019.55 | Completed<br>KB99NKPE | Fee Free Checking-0824 , * 0824<br>Check  9020 |
| 06/14/2016 | $ 3,363.81 | Canceled<br>LBE9MKPE | Fee Free Checking-0824 , * 0824<br>Check  9019 |
| 06/10/2016 | $ 3,363.81 | Completed<br>PB59CZHN | Fee Free Checking-0824 , * 0824<br>Check  9018 |
| 05/12/2016 | $ 3,363.81 | Completed<br>YBL9RZYX | Fee Free Checking-0824 , * 0824<br>Check  9017 |

Grand total paid:            $61,568.13