# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| **STEPHEN H. BREWSTER,** | CHAPTER 11 |
| Debtor. | CASE NO. 14-40039-PWB |
| **STEPHEN H. BREWSTER,** | ADVERSARY PROCEEDING |
| Plaintiff, | NO. 22-04007-PWB |
| v. | |
| **CRIMSON PORTFOLIO, LLC, CRIMSON PORTFOLIO ALPHA, LLC, DRRF II SPE, LLC, DRRF TRUST 2015-1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, MOUNTAINVIEW MORTGAGE OPPORTUNITIES FUND III TRUST I, WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR MVMF III, TRUST B, STATEBRIDGE COMPANY, LLC, FAY SERVICING, LLC, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR CVI LCF MORTGAGE LOAN TRUST I, RUSHMORE LOAN MANAGEMENT SERVICES LLC, MTGLQ INVESTORS, L.P., US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES IV TRUST, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES IV TRUST, and SN SERVICING CORPORATION,** | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2022, the *Complaint* (Doc. No. 1) and *Summons* (Doc. No. 2) were served on all parties referenced below via U.S. First Class Mail by placing a copy of same in a properly addressed envelope with adequate postage affixed thereon:

Crimson Portfolio, LLC
c/o Corporation Service Company, Registered Agent
251 Little Falls Drive
Wilmington, Delaware 19808

Crimson Portfolio Alpha, LLC
c/o Corporation Service Company, Registered Agent
251 Little Falls Drive
Wilmington, Delaware 19808

DRRF II SPE, LLC
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

DRRF Trust 2015-1, U.S. Bank National Association, as Trustee
c/o U.S. Bank Trust National Association, Registered Agent
1011 Centre Road, Suite 203
Wilmington, Delaware 19805

MountainView Mortgage Opportunities Fund III Trust I
c/o Wilmington Savings Fund Society, FSB, Registered Agent
500 Delaware Avenue, 11th Floor
Wilmington, Delaware 19801

Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not in its individual capacity but solely as trustee for MVMF III, Trust B
c/o Wilmington Savings Fund Society, FSB, Registered Agent
500 Delaware Avenue, 11th Floor
Wilmington, Delaware 19801

Statebridge Company, LLC
c/o Incorp Services, Inc., Registered Agent
9040 Roswell Road, Suite 500
Atlanta, Georgia 30350

Fay Servicing, LLC
c/o Registered Agent Solutions, Inc., Registered Agent
900 Old Roswell Lakes Pkwy, Ste 310
Roswell, Georgia 30076

U.S. Bank Trust National Association, as trustee for CVI LCF Mortgage Loan Trust I
c/o U.S. Bank Trust National Association, Registered Agent
1011 Centre Road, Suite 203
Wilmington, Delaware 19805

Rushmore Loan Management Services LLC
c/o Corporation Service Company, Registered Agent
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

MTGLQ Investors, L.P.
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

US Bank Trust National Association as trustee of the Tiki Series IV Trust
c/o U.S. Bank Trust National Association, Registered Agent
1011 Centre Road, Suite 203
Wilmington, Delaware 19805

U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust
c/o U.S. Bank Trust National Association, Registered Agent
1011 Centre Road, Suite 203
Wilmington, Delaware 19805

SN Servicing Corporation
c/o Prentice-Hall Corporation System, Inc., Registered Agent
9360 Glacier Hwy, Ste 202
Juneau, Alaska 99801

I further certify that on the date indicated below, I caused the Complaint and Summons to be served upon the following parties listed below via U.S. Certified Mail, Return Receipt Requested:

U.S. Bank Trust National Association, as trustee for CVI LCF Mortgage Loan Trust I
c/o U.S. Bank Trust National Association, Registered Agent
Attn: Andrew Cecere, CEO
425 Walnut Street
Cincinnati, OH 45202

US Bank Trust National Association as trustee of the Tiki Series IV Trust
c/o U.S. Bank Trust National Association, Registered Agent
Attn: Andrew Cecere, CEO
425 Walnut Street
Cincinnati, OH 45202

U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust
c/o U.S. Bank Trust National Association, Registered Agent
Attn: Andrew Cecere, CEO
425 Walnut Street
Cincinnati, OH 45202

Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not in its individual capacity but solely as trustee for MVMF III, Trust B
c/o Wilmington Savings Fund Society, FSB, Registered Agent
Attn: Rodger Levenson, CEO
500 Delaware Avenue, 11th Floor
Wilmington, Delaware 19801

MountainView Mortgage Opportunities Fund III Trust I
c/o Wilmington Savings Fund Society, FSB, Registered Agent
Attn: Rodger Levenson, CEO
500 Delaware Avenue, 11th Floor
Wilmington, Delaware 19801

This 16th day of February, 2022.

**JONES & WALDEN LLC**
*/s/ Aaron Anglin*
Aaron Anglin
Georgia Bar No. 585863
Attorneys for Stephen Brewster
699 Piedmont Ave., NE
Atlanta, Georgia 30308
(404) 564-9300
aanglin@joneswalden.com