**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| STEPHEN H. BREWSTER, | CASE NO. 14-40039-PWB |
| Debtor. | |
| STEPHEN H. BREWSTER, | ADVERSARY PROCEEDING |
| Plaintiff, | NO. 22-04007-PWB |
| v. | |
| CRIMSON PORTFOLIO, LLC, et al., | |
| Defendants. | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please substitute Leslie M. Pineyro ("Substitute Counsel") as counsel of record for Stephen H. Brewster ("Plaintiff"), in place of counsel Aaron R. Anglin. ***Please terminate Aaron R. Anglin as Plaintiff's counsel in this case.*** Aaron R. Anglin is no longer an attorney with Jones & Walden LLC which serves as counsel for Plaintiff. Substitute Counsel is now the designated attorney representing Plaintiff at Jones & Walden LLC. Substitute Counsel's address, phone, fax, and bar number is as follows:

Leslie M. Pineyro
Georgia Bar No. 969800
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
Phone: (404) 564-9300
Fax: (404) 564-9301

All further pleadings, orders and notices for Plaintiff should be sent to Substitute Counsel.

This 19th day of September, 2022.

| Substitute Counsel at: | Agreed to by: |
|---|---|
| **JONES & WALDEN LLC** | */s/ Aaron R. Anglin (by Leslie M. Pineyro with express permission)* |
| */s/ Leslie M. Pineyro* | |
| Leslie M. Pineyro | Aaron R. Anglin |
| Georgia Bar No. 969800 | Georgia Bar No. 585863 |
| Attorney for Plaintiff | Withdrawing Counsel |
| 699 Piedmont Avenue, NE | 699 Piedmont Avenue, NE |
| Atlanta, GA 30308 | Atlanta, GA 30308 |
| (404) 564-9300 | (404) 564-9300 |
| lpineyro@joneswalden.com | aanglin@joneswalden.com |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| STEPHEN H. BREWSTER, | CASE NO. 14-40039-PWB |
| Debtor. | |
| STEPHEN H. BREWSTER, | ADVERSARY PROCEEDING |
| Plaintiff, | NO. 22-04007-PWB |
| v. | |
| CRIMSON PORTFOLIO, LLC, et al., | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Notice of Substitution of Counsel* ("Notice") using the Bankruptcy Court's ECF program, which sends a notice of and an accompanying link to the Notice to the following parties who have appeared in this case under the Bankruptcy Court's ECF Program:

- **Albert Clark Guthrie**    courtdailysummary@atlch13tt.com
- **Richard B. Maner**    rmaner@rbmlegal.com, mobrien@rbmlegal.com
- **K. Edward Safir**    courtdailysummary@atlch13tt.com

This 19th day of September, 2022.

JONES & WALDEN LLC

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Attorney for Plaintiff
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
lpineyro@joneswalden.com